**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Criminal No. 24-cr-20187-SHL** |
| | ) | |
| **JEFFREY CROSSLIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

---

**COMES NOW,** the United States, by and through Reagan Taylor Fondren, Acting United States Attorney for the Western District of Tennessee, and Lauren J. Delery, Assistant United States Attorney, and respectfully moves this Honorable Court to dismiss this case. The United States initiated prosecution by Complaint in this case, but later brought charges in an indictment in case number 2:24-cr-20208-SHL. The government will proceed with the indicted case, and therefore moves this Court to dismiss the instant case with prejudice.

Counsel for the United States has consulted with representatives of the U.S. Marshals Service to ensure that Mr. Crosslin will remain in custody on the indicted case after the dismissal of this case, and moves that the Court so order in its dismissal order.

Counsel for the United States consulted with counsel for the defendant, Presita West, at the

report date of this matter, and defense counsel does not oppose this motion.

Respectfully submitted,

Reagan Taylor Fondren
Acting United States Attorney

By: s/ Lauren J. Delery
Lauren J. Delery
Assistant United States Attorney
167 N. Main, Suite 800
Memphis, TN 38103
901-544-4231

**CERTIFICATE OF SERVICE**

I, Lauren J. Delery, Assistant United States Attorney, do hereby certify that a copy of the foregoing Motion was forwarded by electronic means, via the Court's Electronic Filing System, to counsel for the defendant.

This 5th day of February, 2025.

/s/ Lauren J. Delery
Assistant United States Attorney